RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 16 2015

FILED
DOCKETED
DATE          INITIAL

**Docket No. 14-56664**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

ANHING CORPORATION, a California Corporation,

*Plaintiff-Appellant,*

vs.

VIET PHU, INC, a California Corporation,
AN N CUONG CO. INC., LTD., a Foreign Corporation,

*Defendants-Appellees.*

---

*Appeal from the United States District Court for the Central District of California
No. 13-cv-04348-BRO-JCJ · Honorable Beverly Reid O'Connell*

---

## APPELLANT'S NOTICE OF FILING DOCUMENTS UNDER SEAL

---

Daniel J. Callahan (SBN 91490)
daniel@callahan-law.com
Edward Susolik (SBN 151081)
esusolik@callahan-law.com
Robert S. Lawrence (SBN 207099)
rlawrence@callahan-law.com
Jill A. Thomas (SBN 93021)
jatlaw88@cox.net

**CALLAHAN & BLAINE, APLC**
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Appellant
ANHING CORPORATION

TO THE HONORABLE JUSTICES OF THE NINTH CIRCUIT COURT OF APPEAL:

APPELLANT, ANHING CORPORATION hereby files the attached portion of the Excerpts of the Record (ER IV 341-450 (b)) under seal pursuant to the Protective Order entered by the District Court on September 9, 2014 (Dkt. 129) attached hereto and Circuit Rule 17-13 subd. b.

                                                                    Respectfully submitted,

Dated: June 15, 2015                **CALLAHAN & BLAINE, APLC**

                                                  /s/ *Jill A. Thomas*

Robert S. Lawrence, Esq.
Jill A. Thomas, Esq.
CALLAHAN & BLAINE, APLC
3 Hutton Centre Drive, Ste 900
Santa Ana, California 92707
Tel (714) 241-4444
Fax (714) 241-4445

1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHING CORPORATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>VIET PHU, INC., a California corporation<br><br>Defendant. | Case No. **CV13-04348 BRO (JCGx)**<br>Assigned to Hon. Beverly Reid O'Connell<br><br>**ORDER GRANTING DEFENDANT VIET PHUS, INC.'S UNOPPOSED APPLICATION TO FILE ITS MOTION *IN LIMINE* #1 TO PRECLUDE PLAINTIFF ANHING CORPORATION FROM OFFERING EVIDENCE OF DAMAGES OR INJUNCTIVE RELIEF AND SUPPORTING DOCUMENTS UNDER SEAL**<br><br>Hearing Date: August 25, 2014<br>Time:           1:30 p.m.<br>Courtroom.:   14<br><br>Pretrial Conference: August 11, 2014<br><br>Trial Date: September 9-12, 2014 |

Case 2:13-cv-04348-BRO-JCG   Document 129   Filed 09/09/14   Page 2 of 2   Page ID #:1958

1 | The Court, having reviewed Defendant Viet Phu, Inc.'s Application for an Order to File Under Seal, hereby grants the Application and ORDERS that Defendant Viet Phu's Motion *in Limine* #1 to Preclude Plaintiff Anhing Corporation from Offering Evidence of Damages or Injunctive Relief ("Motion #1"), the Declaration of Erin O. Millar In Support of Motion #1 ("Millar Declaration") and the exhibits attached to the Millar Declaration be filed under seal.

**IT IS SO ORDERED.**

Dated: September 9, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

---

1
DEFENDANT VIET PHU, INC.'S UNOPPOSED APPLICATION
TO FILE ITS MOTION *IN LIMINE* #1 TO PRECLUDE PLAINTIFF ANHING
CORPORATION FROM OFFERING EVIDENCE OF DAMAGES
OR INJUNCTIVE RELIEF AND SUPPORTING DOCUMENTS UNDER SEAL
DWT 24514481v2 0098671-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this Court at whose direction service was made. My business address is Callahan & Blaine, APLC, 3 Hutton Centre, Ninth Floor, Santa Ana, California 92707.

On June 15, 2015, I served the foregoing document described as:

**APPELLANT'S NOTICE OF FILING DOCUMENTS UNDER SEAL**

[X] **BY ELECTRONIC MAIL:** I electronically filed such document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as listed below.

[X] **BY MAIL:** I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on June 15, 2015 at Santa Ana, California.

/s/ Elena Richards
Elena Richards
erichards@callahan-law.com

<u>**SERVICE LIST**</u>
<u>**ANHING CORPORATION v. VIET PHU, INC., ET AL.**</u>
**Docket No. 14-56664**

| Steven E. Tiller<br>**WHITEFORD, TAYLOR & PRESTON, LLP**<br>7 St. Paul Street, Suite 1500<br>Baltimore, Maryland 21202-1636<br>Tel: (410) 347-9425<br>Fax: (410) 223-4325<br>stiller@wtplaw.com<br>emillar@wtplaw.com | Attorneys for Defendants, VIET PHU, INC. and AN N CUONG CP., LTD. |
|---|---|